UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD A. GUILLEN,<br><br>Defendant. | 9:20-PO-05077-KLD<br>9:20-PO-05096-KLD<br>Ticket Number: 6457431 and 6457432<br>Location Code: M26<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

  The Defendant, Edward A. Guillen, was present in court and entered a plea of guilty to the charges of: VEHICLE OPERATION IN CLOSED AREA OFF ROAD and CAUSE SIGNIFICANT OR UNDUE DAMAGE DISTURBANCE.

  The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

    1.  Defendant must pay a fine in the amount of $40.00 plus $40.00 Special Assessment for VEHICLE OPERATION IN CLOSED AREA OFF ROAD and $100.00 plus $40.00 Special Assessment for CAUSE SIGNIFICANT OR UNDUE DAMAGE DISTURBANCE for a total of $220.00.  Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278.  Defendant may also pay online at www.cvb.uscourts.gov .  The fine shall be paid as follows: $25.00 per month beginning February 15, 2021.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. Desoto.  If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: December 3, 2020.

1/13/2021
_____
Date Signed

KATHLEEN L. DESOTO
United States Magistrate Judge